# FORM A

**Superior Court Of New Jersey**
**Law Division**
Hunterdon County
Docket Number: L 88-19

Lawrence Vickers and Anaya Vickers
Your Name (first, middle, last)

3390 Ashton Springs Lane
Street Address

Pearland, TX 77584
Town, State, Zip Code

832-248-3603
Telephone Number

SM Financial Services Corporation
Plaintiff

v.

Lawrence Vickers and Anaya Vickers
Defendant

RECEIVED/FILED
SUPERIOR COURT
DEC 3 1 2019
HUNTERDON COUNTY
DEPUTY CLERK

BATCH NO: 475
DATE: 12-31-19
PAYMENT: CA /CK/ MO
CK/MO #: 1101
AMOUNT: 175
PREPARER: mal

**CIVIL ACTION**

**Answer**

The defendant, Lawrence Vickers and Anaya Vickers answers the plaintiff's claim as follows:
(your name)

(State whether you agree or disagree with each paragraph of the plaintiff's complaint. If additional room is needed, attach a separate sheet.)

1. This Answer is subject to our Motion to Dismiss for Lack of Personal Jursidiction. Otherwise, Agreed

2. Denied-Never Signed a Confession of Judgment

3. Denied-Paid in Full

4. Denied

5. Denied
6. Denied
7. Denied
8. Denied

page 6 of 7

Revised 11/2014, CN 10554
(How to File an Answer to a Complaint in the Superior Court of New Jersey - Law Division - Civil Part)

**WHEREFORE**, the defendant demands judgment dismissing the complaint with costs.

## AFFIRMATIVE DEFENSE(S)

(State the reasons why you disagree with plaintiff's complaint or why what you did or did not do is not a matter for court. If additional room is needed, attached a separate sheet.)

1. This court does not have personal jurisdiction over us. We are residents of Texas and the contract discussed in this case was signed by us in Texas. The contract says jurisdiction is in New York. Plaintiff brought this case in New Jersey. We have no connection or contacts at all with the State of New Jersey.

2. Satisfaction of Judgment. We have paid the note in full.

3. Statute of Limitations has run on this case. The note was due in December of 2012. This lawsuit wasn't filed until April of 2019 which is over the 6 year statute of limitations.

## CERTIFICATION OF NO OTHER ACTIONS

I certify that this dispute is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief, no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: 12-30-19                     Signature: _____

## CERTIFICATION REGARDING FILING AND SERVICE

The undersigned hereby certifies that a copy of this pleading was served and filed within the time permitted by the court rules.

Dated: 12-30-19                     Signature: _____

**OPTIONAL:** If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.

## DEMAND FOR TRIAL BY JURY

TAKE NOTICE that the defendant demands a trial by jury on all issues.

Dated: _____              Signature: _____

**Appendix XII-B1**



# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),**
if information above the black bar is not completed
or ~~attorney~~'s signature is not affixed

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT: RECEIVED/FILED
CHG/CK NO: SUPERIOR COURT
AMOUNT: DEC 31 2019
OVERPAYMENT:
BATCH: HUNTERDON COUNTY DEPUTY CLERK

| | |
|---|---|
| 1. ATTORNEY / PRO SE NAME: Lawrence and Anaya Vickers | 2. TELEPHONE NUMBER: 8322483603 |
| 3. COUNTY OF VENUE: Hunterdon | |
| 4. FIRM NAME (if applicable): | 5. DOCKET NUMBER (when available): L88-19 |
| 6. OFFICE ADDRESS: 3990 Ashton Springs Lane, Pearland, TX 77584 | 7. DOCUMENT TYPE: Answer |
| | 8. JURY DEMAND: ☐ YES ☒ NO |

| 9. NAME OF PARTY (e.g., John Doe, Plaintiff): Lawrence Vickers and Anaya Vickers, Plaintiff | 10. CAPTION: SM Financial Services Corporation, Plaintiff v. Lawrence Vickers and Anaya Vickers |
|---|---|

| 11. CASE TYPE NUMBER (See reverse side for listing): 88-19 | 12. HURRICANE SANDY RELATED? ☐ YES ☒ NO | 13. IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| 14. RELATED CASES PENDING? ☐ YES ☒ NO | | 15. IF YES, LIST DOCKET NUMBERS |
| 16. DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ☒ NO | | 17. NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) ☒ NONE ☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| 18. DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☒ YES ☐ NO | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL ☐ FRIEND/NEIGHBOR ☒ BUSINESS ☐ OTHER (explain) |
|---|---|

19. DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☒ YES ☐ NO

20. USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

The defendants have no contacts in New Jersey at all. The contract that this suit is about says jurisdiction is in the state of New York. Defendants never agreed to or consented to jurisdiction in New Jersey. Also, the maturity date of this alleged loan was January 4, 2012. Plaintiff filed this suit to recover too late. It was filed April of 2019 which is more than 6 years.

| 21. DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ☒ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| 22. WILL AN INTERPRETER BE NEEDED? ☐ YES ☒ NO | IF YES, FOR WHAT LANGUAGE? |

23. I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

24. ~~ATTORNEY SIGNATURE:~~ *[signature]*   PRO SE

Effective 06/05/2017, CN 10517_ps
page 4 of 5